RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/12/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILBERT GREEN** | **CIVIL ACTION NO. 12-2293** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **CORRECTIONS CORP. OF AMERICA, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Before the court is the report and recommendation of the magistrate judge, issued on February 11, 2013 in the above-captioned case. Based on the court's de novo review of the entire record in this case and noting the absence of objections by plaintiff, the court finds that the report and recommendation is correct under applicable law and jurisprudence and should be adopted in full. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that all claims by plaintiff against defendants in the above-captioned case are **DENIED** and **DISMISSED** with prejudice.

The court is also aware that plaintiff has filed an appeal of the magistrate judge's ruling denying him leave to amend his complaint.[1] The court finds that plaintiff's appeal should be **DENIED** based upon our review of plaintiff's proposed amended complaint. Plaintiff's proposed

---

[1] R. 15.

amendment does not cure the defects noted by the report and recommendation and would, therefore, result in a futile amendment.[2] For these reasons, it is hereby

**ORDERED** that plaintiff's appeal of the magistrate judge's prior ruling denying leave to amend is **DENIED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 12th day of April, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Foman v. Davis, 371 U.S. 178 (1962) (leave to amend should be freely given, except, inter alia, when such amendment would be futile); Rosenzweig v. Azurix Corp., 332 F.3d 854 (5th Cir. 2003).